# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: FLETCHER, ROBERT                     §   Case No. 10-70930
                                            §
                                            §
Debtor(s)                                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 27, 2010.  The undersigned trustee was appointed on October 25, 2010.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

    4.  The trustee realized the gross receipts of          $            9,645.17

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9.12 |
| Bank service fees | 18.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 900.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 8,718.00 |

The remaining funds are available for distribution.

    5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 01/14/2011
and the deadline for filing governmental claims was 10/14/2010.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as  **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$1,624.52.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $1,624.52, for a total compensation of $1,624.52. [2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of   $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date:_08/29/2011_____    By:_/s/BERNARD J. NATALE_____
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-70930 | Trustee: | (330370)   BERNARD J. NATALE |
| Case Name: | FLETCHER, ROBERT | Filed (f) or Converted (c): | 02/27/10 (f) |
| | | §341(a) Meeting Date: | 04/08/10 |
| Period Ending: 08/29/11 | | Claims Bar Date: | 01/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    (Debtors primary residence)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2    checking account with - Amcore Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3    checking account with National City<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 4    Household goods; TV, DVD player, TV stand, stere<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5    Books, Compact Discs, Tapes/Records, Family Pict<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6    Necessary wearing apparel.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7    watch & jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8    10,000 shares of Amcore Stock stock price as of  (See Footnote) | 6,400.00 | 5,500.00 | | 9,644.83 | FA |
| 9    Members Alliance CU - 2006 Cadillac DTS with ove<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 16,230.00 | 0.00 | DA | 0.00 | FA |
| 10    Bluegreen Corp. - time share<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 266.00 | DA | 0.00 | FA |
| 11    Bluegreen Corp. - time share<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12    Festiva Resorts - timeshare Total $55,940 (Repor<br>Orig. Asset Memo: Imported from original petition | 10,000.00 | 975.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-70930 | **Trustee:** | (330370) | BERNARD J. NATALE |
| **Case Name:** | FLETCHER, ROBERT | **Filed (f) or Converted (c):** | 02/27/10 (f) | |
| | | **§341(a) Meeting Date:** | 04/08/10 | |
| **Period Ending:** 08/29/11 | | **Claims Bar Date:** | 01/14/11 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 1 | | | | | |
| Int | INTEREST  (u) | Unknown | N/A | | 0.34 | Unknown |
| **13** | **Assets**    **Totals** (Excluding unknown values) | **$205,940.00** | **$6,741.00** | | **$9,645.17** | **$0.00** |

RE PROP# 8      Debtor Converted Stock and Trustee Filed Motion for Turnover of Converted Funds.

---

**Major Activities Affecting Case Closing:**

TRUSTEE SEEKING RECOVERY FROM DEBTOR FOR COVERTED FUNDS.  TRUSTEE WILL FILE COMPLAINT TO REVOKE DISCHARGE.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012      **Current Projected Date Of Final Report (TFR):**    December 31, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-70930 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** FLETCHER, ROBERT | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******86-65 - Money Market Account |
| **Taxpayer ID #:** **-***5876 | **Blanket Bond:** $606,000.00  (per case limit) |
| **Period Ending:** 08/29/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/11 | {8} | Robert Fletcher | Pymt on converted stocks | 1129-000 | 500.00 | | 500.00 |
| 04/04/11 | {8} | Robert H Fletcher | Payment on Converted Funds from Sale of Amcore Stock | 1129-000 | 9,144.83 | | 9,644.83 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 9,644.89 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,644.97 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-70930, BOND #016018067 | 2300-000 | | 9.12 | 9,635.85 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,635.92 |
| 07/19/11 | 1002 | Robert Fletcher | Payment on Exemption on Amcore Stock | 8100-002 | | 900.00 | 8,735.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,735.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.05 | 8,717.94 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.06 | | 8,718.00 |
| 08/29/11 | | To Account #9200******8666 | Transfer for Final Report | 9999-000 | | 8,718.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,645.17 | 9,645.17 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,718.00 | |
| **Subtotal** | 9,645.17 | 927.17 | |
| Less: Payments to Debtors | | 900.00 | |
| **NET Receipts / Disbursements** | $9,645.17 | $27.17 | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-70930 |
| Case Name: | FLETCHER, ROBERT |
| | |
| Taxpayer ID #: | **-***5876 |
| Period Ending: | 08/29/11 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******86-66 - Checking Account |
| Blanket Bond: | $606,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/11 | | From Account #9200******8665 | Transfer for Final Report | 9999-000 | 8,718.00 | | 8,718.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 8,718.00 | 0.00 | $8,718.00 |
| | Less: Bank Transfers | 8,718.00 | 0.00 | |
| | **Subtotal** | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******86-65** | 9,645.17 | 27.17 | 0.00 |
| **Checking # 9200-******86-66** | 0.00 | 0.00 | 8,718.00 |
| | $9,645.17 | $27.17 | $8,718.00 |

# Claims Proposed Distribution

## Case:   10-70930    FLETCHER, ROBERT

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:**    $8,718.00        **Total Proposed Payment:**    $8,718.00        **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BERNARD J. NATALE, LTD. | Admin Ch.  7 | 36.80 | 36.80 | 0.00 | 36.80 | 36.80 | 8,681.20 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | BERNARD J. NATALE, LTD. | Admin Ch.  7 | 4,362.25 | 4,362.25 | 0.00 | 4,362.25 | 4,362.25 | 4,318.95 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | BERNARD J. NATALE | Admin Ch.  7 | 1,624.52 | 1,624.52 | 0.00 | 1,624.52 | 1,624.52 | 2,694.43 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| | CLERK OF THE BANKRUPTCY COURT | Admin Ch.  7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 2,444.43 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| 1 | Discover Bank | Unsecured | 10,775.83 | 10,775.83 | 0.00 | 10,775.83 | 315.51 | 2,128.92 |
| 2 | Capital Recovery III LLC | Unsecured | 6,138.07 | 6,138.07 | 0.00 | 6,138.07 | 179.71 | 1,949.21 |
| 3 | Livingston Financial LLC | Unsecured | 17,918.03 | 17,918.03 | 0.00 | 17,918.03 | 524.62 | 1,424.59 |
| 4 | Fia Card Services, NA/ BAC | Unsecured | 13,373.58 | 13,373.58 | 0.00 | 13,373.58 | 391.56 | 1,033.03 |
| 5 | Fia Card Services, NA/BAC | Unsecured | 15,071.85 | 15,071.85 | 0.00 | 15,071.85 | 441.28 | 591.75 |
| 6 | Fia Card Services, NA/BAC | Unsecured | 17,402.05 | 17,402.05 | 0.00 | 17,402.05 | 509.51 | 82.24 |
| 7 | Fia Card Services, NA/BAC | Unsecured | 2,808.77 | 2,808.77 | 0.00 | 2,808.77 | 82.24 | 0.00 |
| | **Total for Case 10-70930 :** | | **$89,761.75** | **$89,761.75** | **$0.00** | **$89,761.75** | **$8,718.00** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $6,273.57 | $6,273.57 | $0.00 | $6,273.57 | 100.000000% |
| **Total Unsecured Claims :** | $83,488.18 | $83,488.18 | $0.00 | $2,444.43 | 2.927876% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-70930
Case Name: FLETCHER, ROBERT
Trustee Name: BERNARD J. NATALE

**Balance on hand:**                           $          8,718.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                        $          8,718.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,624.52 | 0.00 | 1,624.52 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 4,362.25 | 0.00 | 4,362.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 36.80 | 0.00 | 36.80 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:    $      6,273.57
Remaining balance:                                         $      2,444.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $      0.00
Remaining balance:                                            $      2,444.43

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,444.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,488.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,775.83 | 0.00 | 315.51 |
| 2 | Capital Recovery III LLC | 6,138.07 | 0.00 | 179.71 |
| 3 | Livingston Financial LLC | 17,918.03 | 0.00 | 524.62 |
| 4 | Fia Card Services, NA/ BAC | 13,373.58 | 0.00 | 391.56 |
| 5 | Fia Card Services, NA/BAC | 15,071.85 | 0.00 | 441.28 |
| 6 | Fia Card Services, NA/BAC | 17,402.05 | 0.00 | 509.51 |
| 7 | Fia Card Services, NA/BAC | 2,808.77 | 0.00 | 82.24 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,444.43 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |