**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FLETCHER, ROBERT § | Case No. 10-70930 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/03/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/29/2011          By:  /s/BERNARD J. NATALE
                                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FLETCHER, ROBERT § Case No. 10-70930
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 9,645.17 |
| *and approved disbursements of* | $ 927.17 |
| *leaving a balance on hand of* [1] | $ 8,718.00 |
| **Balance on hand:** | $ 8,718.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,718.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,624.52 | 0.00 | 1,624.52 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 4,362.25 | 0.00 | 4,362.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 36.80 | 0.00 | 36.80 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 6,273.57 |
| Remaining balance: | $ 2,444.43 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     2,444.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     2,444.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,488.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,775.83 | 0.00 | 315.51 |
| 2 | Capital Recovery III LLC | 6,138.07 | 0.00 | 179.71 |
| 3 | Livingston Financial LLC | 17,918.03 | 0.00 | 524.62 |
| 4 | Fia Card Services, NA/ BAC | 13,373.58 | 0.00 | 391.56 |
| 5 | Fia Card Services, NA/BAC | 15,071.85 | 0.00 | 441.28 |
| 6 | Fia Card Services, NA/BAC | 17,402.05 | 0.00 | 509.51 |
| 7 | Fia Card Services, NA/BAC | 2,808.77 | 0.00 | 82.24 |

Total to be paid for timely general unsecured claims:   $     2,444.43
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                        Case No. 10-70930-MB
Robert Fletcher                                                               Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2                   Date Rcvd: Sep 12, 2011
                              Form ID: pdf006              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2011.
db           +Robert Fletcher,    1070 Luanna Dr.,    Rockford, IL 61103-8706
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,     6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Jason K Nielson,    Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
aty          +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
15177762     +BAC HOME Loans Servici,    Attn: Bankruptcy Dept.,    450 American St,   Simi Valley, CA 93065-6285
15177773     +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,   Wilmington, DE 19884-0001
15177779     +Blatt, Hasenmiller, Leibsker,    & Moore,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
15177783     +Blitt and Gaines, PC,    Bankruptcy Department,    661 Glenn Ave.,    Wheeling, IL 60090-6017
15177784     +Bluegreen Corporation,    Attn: Mortgage Department,    4960 Conference Way N, Ste 100,
               Boca Raton, FL 33431-4413
15177772    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
15177781     +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
15177767     +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15177768     +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15177770     +HSBC/Mnrds,    Attn: Bankruptcy Dept.,    90 Christiana Rd,   New Castle, DE 19720-3118
16641678     +LIVINGSTON FINANCIAL, LLC AS,    SUCCESSOR IN INTEREST TO US BANK,    C/O MESSERLI & KRAMER, P.A.,
               3033 CAMPUS DR, STE 250,    PLYMOUTH, MN 55441-2662
15177766     +Law Office of Brian Glass,    Bankruptcy Department,    PO BOX 59440,   Chicago, IL 60659-0440
15177787     +Leanna Lakeside Property,    Attn: Bankruptcy Dept.,    1275 Luanna Dr.,    Rockford, IL 61103-8709
15177763     +Members Alliance CU,    Attn: Bankruptcy Dept.,    2550 S Alpine Rd,   Rockford, IL 61108-7890
15238579     +MembersAlliance Credit Union,    William A Reilly II,    6801 Spring Creek Road Suite 2D,
               Rockford IL 61114-7420
15177761     +R & B Receivables MANA,    Attn: Bankruptcy Dept.,    860 S Northpoint Blvd,
               Waukegan, IL 60085-8201
15177771     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
15177769     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
15177776     +UNVL/CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
15177764    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK,    Attn: Bankruptcy Dept.,    Po Box 5227,
               Cincinnati, OH 45201)
15177765     +WAMU  Washington Mutual,    C/O Global Acceptnc CR CO,    5850 W I-20,   Arlington, TX 76017-1083
15177778     +Winnebago County Courthouse,    Doc#09AR1089,   400 W. State St.,    Rockford, IL 61101-1221
15177782     +Winnebago County Courthouse,    Doc#09AR312,   400 W. State St.,    Rockford, IL 61101-1221
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15373060      E-mail/PDF: rmscedi@recoverycorp.com Sep 13 2011 03:21:20     Capital Recovery III LLC,
               c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
16307124      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2011 03:20:11     Discover Bank,
               Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
15177774     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2011 03:20:11     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington, DE 19850-5316
15177786     +E-mail/Text: bankruptcynotices@festiva.travel Sep 13 2011 02:25:30     Festiva Resorts,
               Attn: Bankruptcy Dept.,    One Vance Gap Road,    Asheville, NC 28805-1227
16648546      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2011 03:19:41
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                               TOTAL: 5
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
15177777*    +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,   Wilmington, DE 19884-0001
15177780*    +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,   Wilmington, DE 19884-0001
15177785*    +Bluegreen Corporation,    Attn: Mortgage Department,    4960 Conference Way N, Ste 100,
               Boca Raton, FL 33431-4413
15177775   ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,   Norfolk, VA 23501-1598
                                                                                              TOTALS: 0, * 4, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: kkrystave           Page 2 of 2            Date Rcvd: Sep 12, 2011
                              Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2011**                    **Signature:**    *Joseph Speetjens*