**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FLETCHER, ROBERT  § Case No. 10-70930
  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $199,540.00 *(without deducting any secured claims)* | Assets Exempt: $21,610.00 |
| Total Distribution to Claimants: $2,444.43 | Claims Discharged Without Payment: $81,043.75 |
| Total Expenses of Administration: $6,300.74 | |

3) Total gross receipts of $ 9,645.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 900.00  (see **Exhibit 2**), yielded net receipts of $8,745.17 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,300.74 | 6,300.74 | 6,300.74 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 83,488.18 | 83,488.18 | 2,444.43 |
| **TOTAL DISBURSEMENTS** | $0.00 | $89,788.92 | $89,788.92 | $8,745.17 |

  4) This case was originally filed under Chapter 7 on February 27, 2010. The case was pending for 21 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2011          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 10,000 shares of Amcore Stock stock price as of | 1129-000 | 9,644.83 |
| Interest Income | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | **$9,645.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Fletcher | Payment on Exemption on Amcore Stock | 8100-002 | 900.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$900.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 36.80 | 36.80 | 36.80 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,362.25 | 4,362.25 | 4,362.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,624.52 | 1,624.52 | 1,624.52 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 9.12 | 9.12 | 9.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 18.05 | 18.05 | 18.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,300.74 | 6,300.74 | 6,300.74 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 10,775.83 | 10,775.83 | 315.51 |
| 2 | Capital Recovery III LLC | 7100-000 | N/A | 6,138.07 | 6,138.07 | 179.71 |
| 3 | Livingston Financial LLC | 7100-000 | N/A | 17,918.03 | 17,918.03 | 524.62 |
| 4 | Fia Card Services, NA/ BAC | 7100-000 | N/A | 13,373.58 | 13,373.58 | 391.56 |
| 5 | Fia Card Services, NA/BAC | 7100-000 | N/A | 15,071.85 | 15,071.85 | 441.28 |
| 6 | Fia Card Services, NA/BAC | 7100-000 | N/A | 17,402.05 | 17,402.05 | 509.51 |
| 7 | Fia Card Services, NA/BAC | 7100-000 | N/A | 2,808.77 | 2,808.77 | 82.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 83,488.18 | 83,488.18 | 2,444.43 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70930  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** FLETCHER, ROBERT  **Filed (f) or Converted (c):** 02/27/10 (f)
  **§341(a) Meeting Date:** 04/08/10
**Period Ending:** 12/07/11  **Claims Bar Date:** 01/14/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  (Debtors primary residence)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2  checking account with - Amcore Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3  checking account with National City<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 4  Household goods; TV, DVD player, TV stand, stere<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5  Books, Compact Discs, Tapes/Records, Family Pict<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6  Necessary wearing apparel.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7  watch & jewelry<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8  10,000 shares of Amcore Stock stock price as of  (See Footnote) | 6,400.00 | 5,500.00 |  | 9,644.83 | FA |
| 9  Members Alliance CU - 2006 Cadillac DTS with ove<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 16,230.00 | 0.00 | DA | 0.00 | FA |
| 10 Bluegreen Corp. - time share<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 266.00 | DA | 0.00 | FA |
| 11 Bluegreen Corp. - time share<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12 Festiva Resorts - timeshare Total $55,940 (Repor<br>    Orig. Asset Memo: Imported from original petition | 10,000.00 | 975.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70930  
**Case Name:** FLETCHER, ROBERT  

**Period Ending:** 12/07/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/27/10 (f)  
**§341(a) Meeting Date:** 04/08/10  
**Claims Bar Date:** 01/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 0.34 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$205,940.00** | **$6,741.00** | | **$9,645.17** | **$0.00** |

RE PROP# 8    Debtor Converted Stock and Trustee Filed Motion for Turnover of Converted Funds.

**Major Activities Affecting Case Closing:**

TRUSTEE SEEKING RECOVERY FROM DEBTOR FOR COVERTED FUNDS.  TRUSTEE WILL FILE COMPLAINT TO REVOKE DISCHARGE.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012           **Current Projected Date Of Final Report (TFR):**    August 30, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70930　　**Trustee:** BERNARD J. NATALE (330370)
**Case Name:** FLETCHER, ROBERT　　**Bank Name:** The Bank of New York Mellon
　　**Account:** 9200-******86-65 - Money Market Account
**Taxpayer ID #:** **-***5876　　**Blanket Bond:** $606,000.00  (per case limit)
**Period Ending:** 12/07/11　　**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/11 | {8} | Robert Fletcher | Pymt on converted stocks | 1129-000 | 500.00 | | 500.00 |
| 04/04/11 | {8} | Robert H Fletcher | Payment on Converted Funds from Sale of Amcore Stock | 1129-000 | 9,144.83 | | 9,644.83 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,644.89 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,644.97 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-70930, BOND #016018067 | 2300-000 | | 9.12 | 9,635.85 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,635.92 |
| 07/19/11 | 1002 | Robert Fletcher | Payment on Exemption on Amcore Stock | 8100-002 | | 900.00 | 8,735.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,735.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.05 | 8,717.94 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 8,718.00 |
| 08/29/11 | | To Account #9200******8666 | Transfer for Final Report | 9999-000 | | 8,718.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,645.17 | 9,645.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,718.00 | |
| | | | **Subtotal** | | 9,645.17 | 927.17 | |
| | | | Less: Payments to Debtors | | | 900.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,645.17** | **$27.17** | |

{} Asset reference(s)　　Printed: 12/07/2011 02:35 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70930  
**Case Name:** FLETCHER, ROBERT  

**Taxpayer ID #:** **-***5876  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/11 | | From Account #9200******8665 | Transfer for Final Report | 9999-000 | 8,718.00 | | 8,718.00 |
| 10/03/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,624.52, Trustee Compensation;  Reference: | 2100-000 | | 1,624.52 | 7,093.48 |
| 10/03/11 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: 11-96110 | 2700-000 | | 250.00 | 6,843.48 |
| 10/03/11 | 103 | Discover Bank | Distribution paid   2.92% on $10,775.83; Claim# 1; Filed: $10,775.83; Reference: 9358 | 7100-000 | | 315.51 | 6,527.97 |
| 10/03/11 | 104 | Capital Recovery III LLC | Distribution paid   2.92% on $6,138.07; Claim# 2; Filed: $6,138.07; Reference: 3346/HSBC | 7100-000 | | 179.71 | 6,348.26 |
| 10/03/11 | 105 | Livingston Financial LLC | Distribution paid   2.92% on $17,918.03; Claim# 3; Filed: $17,918.03; Reference: MONEY LOANED | 7100-000 | | 524.62 | 5,823.64 |
| 10/03/11 | 106 | Fia Card Services, NA/ BAC | Distribution paid   2.92% on $13,373.58; Claim# 4; Filed: $13,373.58; Reference: 2008/9638 | 7100-000 | | 391.56 | 5,432.08 |
| 10/03/11 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 4,399.05 | 1,033.03 |
| | | | Dividend paid 100.00%   4,362.25 on $4,362.25;  Claim# ATTY; Filed: $4,362.25 | 3110-000 | | | 1,033.03 |
| | | | Dividend paid 100.00%   36.80 on $36.80;  Claim# EXP; Filed: $36.80 | 3120-000 | | | 1,033.03 |
| 10/03/11 | 108 | Fia Card Services, NA/BAC | Combined Check for Claims#5,6,7 | | | 1,033.03 | 0.00 |
| | | | Dividend paid   2.92% on   441.28 $15,071.85;  Claim# 5; Filed: $15,071.85; Reference: 2323/1873 | 7100-000 | | | 0.00 |
| | | | Dividend paid   2.92% on   509.51 $17,402.05;  Claim# 6; Filed: $17,402.05; Reference: 3997/6509 | 7100-000 | | | 0.00 |
| | | | Dividend paid   2.92% on   82.24 $2,808.77;  Claim# 7; Filed: $2,808.77; Reference: 1915/5952 | 7100-000 | | | 0.00 |

Subtotals :        $8,718.00        $8,718.00

{} Asset reference(s)  

Printed: 12/07/2011 02:35 PM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-70930 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | FLETCHER, ROBERT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******86-66 - Checking Account |
| Taxpayer ID #: | **-***5876 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 12/07/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8,718.00 | 8,718.00 | $0.00 |
| | | | Less: Bank Transfers | | 8,718.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,718.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $8,718.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******86-65** | 9,645.17 | 27.17 | 0.00 |
| **Checking # 9200-******86-66** | 0.00 | 8,718.00 | 0.00 |
| | $9,645.17 | $8,745.17 | $0.00 |

{} Asset reference(s)

Printed: 12/07/2011 02:35 PM    V.12.57